

# Berkeley County
# 9th Judicial Circuit
# Public Index



Berkeley County Home Page   South Carolina Judicial Department Home Page   SC.GOV Home Page

Switch View

## Jarinthia Jackson VS Roper St. Francis Healthcare

| Case Number: | 2026CP0802186 | Court Agency: | Common Pleas | | Filed Date: | 06/09/2026 |
|---|---|---|---|---|---|---|
| Case Type: | Common Pleas | Case Sub Type: | Employment 180 | | File Type: | Mediator – Jury |
| Status: | Pending/ADR | Assigned Judge: | Clerk Of Court C P, G S, And Family Court | | | |
| Disposition: | | Disposition Date: | | Disposition Judge: | | |
| Original Source Doc: | | Original Case #: | | | | |
| Judgment Number: | | Court Roster: | | | | |

Case Parties    Judgments    Tax Map Information    Associated Cases    Actions    Financials

| Name | Description | Type | Motion Roster | Begin Date | Completion Date | Documents |
|---|---|---|---|---|---|---|
| Jackson, Jarinthia | ADR/Alternative Dispute Resolution (Clerk Workflow) | Action | | 01/05/2027-16:48 | | |
| Jackson, Jarinthia | Summons & Complaint | Filing | | 06/09/2026-16:48 | |  |

**CMSWeb 7.2 © 2026 South Carolina Judicial Branch ● All rights reserved**